**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edward James Dugan Jr.                                                                CHAPTER 13
        Wendy Sue Dugan
                 Debtor(s)                                                         BKY. NO. 23-22611 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-7 Mortgage Pass-Through Certificates, Series 2006-7 and index same on the master mailing list.

                                    Respectfully submitted,

                                /s/ Brian C. Nicholas (Atty ID: 317240)
                                Brian Nicholas
                                07 Dec 2023, 17:15:54, EST

                                Brian C. Nicholas, Esq. (317240)  ☑
                                Denise Carlon, Esq. (317226)  ☐
                                KML Law Group, P.C.
                                BNY Mellon Independence Center
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106
                                412-430-3594
                                bkgroup@kmllawgroup.com