Certificate Number: 03088-PAW-DE-038010196

Bankruptcy Case Number: 23-22611



03088-PAW-DE-038010196

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on December 11, 2023, at 11:20 o'clock AM CST, Edward J Dugan Jr. completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  December 11, 2023

By:  /s/Brianna M Glynn

Name:  Brianna M Glynn

Title:  Counselor