Certificate Number: 03088-PAW-DE-038010197

Bankruptcy Case Number: 23-22611



03088-PAW-DE-038010197

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 11, 2023, at 11:20 o'clock AM CST, Wendy S Dugan completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 11, 2023                    By:       /s/Brianna M Glynn

Name:   Brianna M Glynn

Title:   Counselor