# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CASE NO. 23-22611-JAD |
|---|---|---|
| | : | |
| Edward James Dugan Jr. | : | |
| Wendy Sue Dugan, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

N/A

**Next Payment Advice Expected (post-filing):**

N/A

M.S.                    DUGAN, EDWARD & WENDY

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :    CASE NO. 23-22611-JAD
                                          :
Edward James Dugan Jr.                    :
Wendy Sue Dugan,                          :    CHAPTER 13
         Debtors                          :
                                          :

### VERIFICATION REGARDING PROOF OF INCOME

I, Edward James Dugan Jr., hereby state as follows:

1.) I receive Social Security benefits in the amount of $1475.00 per month.
2.) I receive Pension benefits in the amount of $1211.00 per month.
3.) I live with my wife who receives Social Security Benefits in the amount of $1199.00 per month.
4.) I was required to file 2021 – 2022 tax returns; therefore, I have provided the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: December 5, 2023                    /s/ Edward James Dugan Jr.
                                          Debtor

M.S.                    **DUGAN, EDWARD & WENDY**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-22611-JAD |
| | : | |
| Edward James Dugan Jr. | : | |
| Wendy Sue Dugan, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |

## VERIFICATION REGARDING PROOF OF INCOME

I, Wendy Sue Dugan, hereby state as follows:

1.) I receive Social Security benefits in the amount of $1199.00 per month.
2.) I live with my husband who receives Social Security Benefits in the amount of $1475.00 a month.
3.) He also receives a Pension in the amount $1211.00 per month.
4.) I was required to file 2021 – 2022 tax returns; therefore, I have provided the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>December 5, 2023</u>             <u>/s/ Wendy Sue Dugan</u>
                                                                          Debtor