# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 23-22611-JAD |
| Edward James Dugan, Jr and | : | |
| Wendy Sue Dugan, | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No.: 40 |
| Edward James Dugan, Jr and | : | |
| Wendy Sue Dugan, | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

### NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING

TO THE RESPONDENT(S):

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than November 17, 2024, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules Of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on November 26, 2024, at 10:00 A.M. Before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021* ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing

capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: October 31, 2024

    Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

## **CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: October 31, 2024

*By: /s/ Caitlyn Campbell*
Caitlyn Campbell, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.115

```
Label Matrix for local noticing          Duquesne Light Company                    Ford Motor Credit Company, LLC, c/o AIS Port
0315-2                                    c/o Bernstein-Burkley, P.C.               4515 N Santa Fe Ave. Dept. APS
Case 23-22611-JAD                         601 Grant Street, 9th Floor               Oklahoma City, OK 73118-7901
WESTERN DISTRICT OF PENNSYLVANIA          Pittsburgh, PA 15219-4430
Pittsburgh
Thu Oct 31 11:40:09 EDT 2024

LVNV Funding, LLC                         Pinnacle Credit Services, LLC its successors    2
Resurgent Capital Services                Resurgent Capital Services                      U.S. Bankruptcy Court
PO Box 10587                              PO Box 10587                                    5414 U.S. Steel Tower
Greenville, SC 29603-0587                 Greenville, SC 29603-0587                       600 Grant Street
                                                                                          Pittsburgh, PA 15219-2703

First Commonwealth Bank                   First Premier Bank                        (p)FORD MOTOR CREDIT COMPANY
Attn: Legal Department                    Attn: Bankruptcy                          P O BOX 62180
601 Philadelphia St                       Po Box 5524                               COLORADO SPRINGS CO 80962-2180
Indiana, PA 15701-3952                    Sioux Falls, SD 57117-5524

(p)JEFFERSON CAPITAL SYSTEMS LLC          (p)LENDMARK FINANCIAL SERVICES            Lincoln Automotive Fin
PO BOX 7999                               2118 USHER ST                             Attn: Bankrutcy
SAINT CLOUD MN 56302-7999                 COVINGTON GA 30014-2434                   Po Box 54200
                                                                                    Omaha, NE 68154-8000

Mrc/united Wholesale M                    Office of the United States Trustee       Pinnacle Credit Services, LLC
Attn: Bankruptcy                          1000 Liberty Avenue                       Resurgent Capital Services
P. O. Box 619098                          Suite 1316                                PO Box 10587
Dallas, TX 75261-9098                     Pittsburgh, PA 15222-4013                 Greenville, SC 29603-0587

Springlf Fin                              Synchrony Bank/Care Credit                Synchrony Bank/JCPenney
Po Box 196                                Attn: Bankruptcy                          Attn: Bankruptcy
Monaca, PA 15061-0196                     Po Box 965060                             Po Box 965060
                                          Orlando, FL 32896-5060                    Orlando, FL 32896-5060

The Huntington Natl Ba                    Wells Fargo                               Wells Fargo Bank, National Association, at.
Huntington Bank                           PO Box 29482                              c/o Nationstar Mortgage LLC
Columbus, OH 43216                        Phoenix, AZ 85038-9482                    Attn: Bankruptcy Department
                                                                                    P.O. Box 619094
                                                                                    Dallas, TX 75261-9094

West Aircomm Fcu                          West Aircomm Fcu                          Daniel P. Foster
485 Buffalo St                            P.o. Box 568                              Foster Law Offices
Beaver, PA 15009-2058                     Beaver, PA 15009-0568                     1210 Park Avenue
                                                                                    Meadville, PA 16335-3110

Edward James Dugan Jr                     Ronda J. Winnecour                        Wendy Sue Dugan
3801 41st Avenue                          Suite 3250, USX Tower                     3801 41st Avenue
New Brighton, PA 15066-2833               600 Grant Street                          New Brighton, PA 15066-2833
                                          Pittsburgh, PA 15219-2702
```

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ford Motor Credit Company, LLC<br>Dept 55953 P.O. Box 55000<br>Detroit, MI  48255 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Lendmark Financial Services<br>Attn: Bankruptcy<br>1735 North Brown Rd, Ste 300<br>Lawrenceville, OH 30043 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ford Motor Credit Company, LLC | (u)Wells Fargo Bank, National Association, as | (u)West-Aircomm Federal Credit Union |

| | | |
|---|---|---|
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | (d)LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | End of Label Matrix<br>Mailable recipients   26<br>Bypassed recipients    5<br>Total                 31 |