# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Edward James Dugan, Jr. and Wendy Sue Dugan, | : | Bankruptcy No: 23-22611-JAD |
| *Debtor*, | : | Chapter 13 |
| vs. | : | |
| | : | DOCKET NO.: 42 |
| Springlf Fin, | : | |
| *Movant*, | : | |

## NOTICE OF
## CHANGE OF ADDRESS

**Creditor Name:**     **Springlf Fin**
**Incorrect Address:** **PO Box 196 Monaca, PA 15061-0196**
**Correct Address:**   **601 NW 2nd St Evansville, Indiana 47708**

Respectfully Submitted,

Date: <u>October 31, 2024</u>

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors