# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY CASE NO. 23-22611-JAD** |
| | : | |
| **Edward James Dugan, Jr and** | : | |
| **Wendy Sue Dugan,** | : | **CHAPTER 13** |
| Debtors, | : | |
| _____ | : | **RELATED TO DOCKET NO(s).: 40 and 44** |
| **Edward James Dugan, Jr and** | : | |
| **Wendy Sue Dugan,** | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

### ORDER ON MOTION TO WITHDRAW

**AND NOW**, this ___13th___ day of ___November___, 2024, upon consideration of the Movants' MOTION TO WITHDRAW, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1. The Debtors' Motion for Approval of Post-Petition Vehicle Financing filed at Docket No. 40 is Withdrawn.
2. The Debtors' Notice of Hearing on Motion for Approval of Post-Petition Vehicle Financing filed at Docket No. 41 is Withdrawn.
3. The hearing scheduled for 11/26/2024 is CANCELLED.

_____-sjk
**Jeffery A. Deller**, *Judge*
*United States Bankruptcy Court*

FILED
11/13/24 12:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22611-JAD |
| Edward James Dugan, Jr | Chapter 13 |
| Wendy Sue Dugan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Nov 13, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Edward James Dugan, Jr, Wendy Sue Dugan, 3801 41st Avenue, New Brighton, PA 15066-2833 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:

**Name**      **Email Address**

Daniel P. Foster
    on behalf of Plaintiff Wendy Sue Dugan dan@mrdebtbuster.com
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Debtor Edward James Dugan  Jr dan@mrdebtbuster.com,
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Joint Debtor Wendy Sue Dugan dan@mrdebtbuster.com
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Plaintiff Edward James Dugan  Jr dan@mrdebtbuster.com,
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Denise Carlon
    on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Banc of America Alternative Loan Trust 2006-7
    Mortgage Pass-Through Certificates, Series 2006-7 dcarlon@kmllawgroup.com

Garry Alan Masterson
    on behalf of Creditor West-Aircomm Federal Credit Union pitecf@weltman.com  gmasterson@weltman.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Michael H Kaliner
    on behalf of Creditor Ford Motor Credit Company  LLC mkaliner@orlans.com

Michael H Kaliner
    on behalf of Defendant Ford Motor Credit Company  LLC, c/o AIS Portfolio Services, LLC mkaliner@orlans.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11