**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

EDWARD JAMES DUGAN, JR                          Case No. 23-22611JAD
WENDY SUE DUGAN

       Debtor(s)
RONDA J. WINNECOUR,                              Chapter 13
Standing Chapter 13 Trustee,

       Movant                              Document No __
   vs.

FORD MOTOR CREDIT COMPANY LLC(*)

      Respondents

**NOTICE OF FUNDS ON RESERVE**

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

     Vehicle Totaled

FORD MOTOR CREDIT COMPANY LLC(*)        Court claim# 1/Trustee CID# 4
DEPT 55953
PO BOX 55000
DETROIT, MI 48255-0953

The Movant further certifies that on 11/20/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                           /s/ Ronda J. Winnecour
                           RONDA J WINNECOUR PA ID #30399
                           CHAPTER 13 TRUSTEE WD PA
                           600 GRANT STREET
cc:  debtor(s)                                  SUITE 3250 US STEEL TWR
    original creditor                       PITTSBURGH, PA  15219
    putative creditor                       (412) 471-5566
    counsel for debtor(s)                   cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

DEBTOR(S):
EDWARD JAMES DUGAN, JR, WENDY SUE
DUGAN, 3801 41ST AVENUE, NEW
BRIGHTON, PA  15066

:
AIS PORTFOLIO SERVICES (AMERICAN
INFO SOURCE)**, ATTN BANKRUPTCY
NOTICING, 4515 N SANTA FE AVE DEPT
APS, OKLAHOMA CITY, OK  73118

ORIGINAL CREDITOR'S COUNSEL:
ORLANS PC, 200 EAGLE RD STE 120,
WAYNE, PA  19087

NEW CREDITOR:

DEBTOR'S COUNSEL:
DANIEL P FOSTER ESQ**, FOSTER LAW
OFFICES, 1210 PARK AVE, MEADVILLE, PA
16335

ORIGINAL CREDITOR:
FORD MOTOR CREDIT COMPANY LLC(*),
DEPT 55953, PO BOX 55000, DETROIT, MI
48255-0953