IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Edward James Dugan, Jr. AND Wendy Sue Dugan | : | Case No. 23-22611-JAD |
| *Debtor(s)* | : | Chapter 13 |
| | : | |
| Edward James Dugan, Jr. AND Wendy Sue Dugan | : | Related to Doc. No. 59 |
| *Movant(s)* | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Ronda J. Winnecour, Trustee, | : | |
| *Respondent(s)* | : | |

**NOTICE OF CANCELLATION OF CONCILIATION CONFERENCE RE AMENDED CHAPTER 13 PLAN**

**TO THE RESPONDENTS:**

The hearing that is scheduled for October 30, 2025, at 11:00 A.M. has been canceled as there is already a hearing scheduled for October 9th, 2025 at 9:00 A.M. regarding this matter.

Date: September 22, 2025

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

       I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **NOTICE OF CANCELLATION OF CONCILIATION CONFERENCE RE AMENDED CHAPTER 13 PLAN** by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: September 22, 2025                          *By: /s/ Kathryn M. Schwartz*
                                                                           KATHRYN M. SCHWARTZ, PARALEGAL
                                                                           FOSTER LAW OFFICES
                                                                           1210 Park Avenue
                                                                           Meadville, PA 16335
                                                                           Tel 814.724.1165
                                                                           Fax 814.724.1158

```
Label Matrix for local noticing          Duquesne Light Company              Ford Motor Credit Company LLC, c/o AIS Portf
0315-2                                   c/o Bernstein-Burkley, P.C.         4515 N Santa Fe Ave. Dept. APS
Case 23-22611-JAD                        601 Grant Street, 9th Floor         Oklahoma City, OK 73118-7901
WESTERN DISTRICT OF PENNSYLVANIA         Pittsburgh, PA 15219-4430
Pittsburgh
Thu Sep 18 13:57:53 EDT 2025

Ford Motor Credit Company, LLC, c/o AIS Port   LVNV Funding, LLC             Pinnacle Credit Services, LLC its successors
4515 N Santa Fe Ave. Dept. APS                 Resurgent Capital Services    Resurgent Capital Services
Oklahoma City, OK 73118-7901                   PO Box 10587                  PO Box 10587
                                               Greenville, SC 29603-0587     Greenville, SC 29603-0587

2                                        First Commonwealth Bank             First Premier Bank
U.S. Bankruptcy Court                    Attn: Legal Department              Attn: Bankruptcy
5414 U.S. Steel Tower                    601 Philadelphia St                 Po Box 5524
600 Grant Street                         Indiana, PA 15701-3952              Sioux Falls, SD 57117-5524
Pittsburgh, PA 15219-2703

(p)FORD MOTOR CREDIT COMPANY             (p)JEFFERSON CAPITAL SYSTEMS LLC    (p)LENDMARK FINANCIAL SERVICES
P O BOX 62180                            PO BOX 7999                         2118 USHER ST
COLORADO SPRINGS CO 80962-2180           SAINT CLOUD MN 56302-7999           COVINGTON GA 30014-2434

Lincoln Automotive Fin                   Mrc/united Wholesale M              Office of the United States Trustee
Attn: Bankrutcy                          Attn: Bankruptcy                    1000 Liberty Avenue
Po Box 54200                             P. O. Box 619098                    Suite 1316
Omaha, NE 68154-8000                     Dallas, TX 75261-9098               Pittsburgh, PA 15222-4013

Pinnacle Credit Services, LLC            Springlf Fin                        Synchrony Bank/Care Credit
Resurgent Capital Services               601 NW 2nd St                       Attn: Bankruptcy
PO Box 10587                             Evansville, Indiana 47708-1013      Po Box 965060
Greenville, SC 29603-0587                                                    Orlando, FL 32896-5060

Synchrony Bank/JCPenney                  The Huntington Natl Ba              Wells Fargo
Attn: Bankruptcy                         Huntington Bank                     PO Box 29482
Po Box 965060                            Columbus, OH 43216                  Phoenix, AZ 85038-9482
Orlando, FL 32896-5060

Wells Fargo Bank, National Association, at.   West Aircomm Fcu               West Aircomm Fcu
c/o Nationstar Mortgage LLC                   485 Buffalo St                 P.o. Box 568
Attn: Bankruptcy Department                   Beaver, PA 15009-2058          Beaver, PA 15009-0568
P.O. Box 619094
Dallas, TX 75261-9094

Daniel P. Foster                         Edward James Dugan Jr               Ronda J. Winnecour
Foster Law Offices                       3801 41st Avenue                    Suite 3250, USX Tower
1210 Park Avenue                         New Brighton, PA 15066-2833         600 Grant Street
Meadville, PA 16335-3110                                                     Pittsburgh, PA 15219-2702

Wendy Sue Dugan
3801 41st Avenue
New Brighton, PA 15066-2833
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit Company, LLC
Dept 55953 P.O. Box 55000
Detroit, MI  48255

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Lendmark Financial Services
Attn: Bankruptcy
1735 North Brown Rd, Ste 300
Lawrenceville, OH 30043

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ford Motor Credit Company, LLC

(d)Ford Motor Credit Company, LLC c/o AIS Por
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(u)Wells Fargo Bank, National Association, as

(u)West-Aircomm Federal Credit Union

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

(d)LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

End of Label Matrix
Mailable recipients    27
Bypassed recipients     6
Total                  33