UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 23-22611-JAD |
| | ) | |
| Edward James Dugan Jr | ) | |
| Wendy Sue Dugan | ) | CHAPTER 13 |
| | ) | |
| Debtors | ) | Related to Document No. 58 and 62 |
| | ) | |
| West-Aircomm Federal Credit Union | ) | |
| Movant | ) | |
| | ) | |
| Edward James Dugan Jr, | ) | |
| Wendy Sue Dugan, Debtors | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| Respondents | ) | |

**ORDER ON MOTION TO WITHDRAW OBJECTION TO CONFIRMATION OF AMENDED PLAN DATED AUGUST 21, 2025 WITHOUT PREJUDICE**

This cause came on for hearing this __23rd__ day of __September__, 2025, in said District, upon the Motion of West-Aircomm Federal Credit Union, to Withdraw its Objection to Confirmation of Amended Plan. Upon statements of counsel, the evidence and law:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant's Motion to withdraw its Objection to Confirmation of Amended Plan without prejudice filed on August 29, 2025 is hereby granted.

IT IS FURTHER ORDERED that Movant's Objection to Confirmation of Amended Plan is hereby withdrawn.

_____ sjk
Honorable Jeffery A. Deller
United States Bankruptcy Judge

Submitted by:
Garry Masterson
Weltman, Weinberg & Reis Co., L.P.A.
Attorney of Movant
5990 West Creek Rd, Suite 200
Independence, OH 44131
216-672-6984
gmasterson@weltman.com

FILED
9/23/25 9:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22611-JAD |
| Edward James Dugan, Jr | Chapter 13 |
| Wendy Sue Dugan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Sep 23, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward James Dugan, Jr, Wendy Sue Dugan, 3801 41st Avenue, New Brighton, PA 15066-2833 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Daniel P. Foster | on behalf of Plaintiff Wendy Sue Dugan dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Edward James Dugan  Jr dan@mrdebtbuster.com, katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Wendy Sue Dugan dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Plaintiff Edward James Dugan  Jr dan@mrdebtbuster.com, katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 23, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Denise Carlon
    on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Banc of America Alternative Loan Trust 2006-7 Mortgage Pass-Through Certificates, Series 2006-7 dcarlon@kmllawgroup.com

Garry Alan Masterson
    on behalf of Creditor West-Aircomm Federal Credit Union pitecf@weltman.com gmasterson@weltman.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Michael H Kaliner
    on behalf of Creditor Ford Motor Credit Company LLC ANHSOrlans@InfoEx.com

Michael H Kaliner
    on behalf of Defendant Ford Motor Credit Company LLC, c/o AIS Portfolio Services, LLC ANHSOrlans@InfoEx.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11