IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Edward James Dugan, Jr. | : | Case No. 23-22611-JAD |
| Wendy Sue Dugan | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Rocket Mortgage, LLC s/b/m/ to | : | Related to Doc. 76 |
| Nationstar Mortgage LLC as services for | : | |
| Wells Fargo Bank, National Association, | : | |
| as Trustee for Banc of America | : | Hearing Date: 5/26/26 at 10:00 a.m. |
| Alternative Loan Trust 2006-7 Mortgage | : | |
| Pass-Through Certificates, Series | : | |
| 2006-7 | : | |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Edward James Dugan, Jr., Wendy Sue | : | |
| Dugan and Ronda J. Winnecour, | : | |
| Trustee | : | |
| Respondent(s) | : | |

TRUSTEE'S AMENDED RESPONSE TO MOTION
FOR RELIEF FROM AUTOMATIC STAY

Ronda J. Winnecour, Chapter 13 Standing Trustee, respectfully represents the following:

1.      Rocket Mortgage, LLC s/b/m to Nationstar Mortgage LLC as servicer for Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-7 Mortgage Pass-Through Certificates, Series 2006-7 requested relief from stay with regard to the property located at 3801 41st Avenue, New Brighton, PA 15066.

2.      This case was filed on December 1, 2023, and the Meeting of Creditors was held on January 29, 2024.

3.      Debtors' Schedules reflect that the fair market value of the property is $127,000.00, and Debtors have claimed an exemption of $4,195.00 under 11 U.S.C. § 522(d)(1).

4.      Movant's motion states that Movant holds a claim against the property in

the amount of $88,704.69.

5.    Therefore, substantial equity may exist in the property, which should be preserved for the benefit of the estate.

WHEREFORE, the Trustee respectfully requests that the Motion be denied.

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date: May 11, 2026

By: /s/ James C. Warmbrodt
James C. Warmbrodt, PA I.D. 42524
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
jwarmbrodt@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Edward James Dugan, Jr. | : | Case No. 23-22611-JAD |
| Wendy Sue Dugan | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Rocket Mortgage, LLC s/b/m/ to | : | Related to Doc. 76 |
| Nationstar Mortgage LLC as services for | : | |
| Wells Fargo Bank, National Association, | : | |
| as Trustee for Banc of America | : | Hearing Date: 5/26/26 at 10:00 a.m. |
| Alternative Loan Trust 2006-7 Mortgage | : | |
| Pass-Through Certificates, Series | : | |
| 2006-7 | : | |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Edward James Dugan, Jr., Wendy Sue | : | |
| Dugan and Ronda J. Winnecour, | : | |
| Trustee | : | |
| Respondent(s) | : | |

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May 2026, I served one true and correct

copy of the foregoing document on the following parties in interest by United States first-

class mail, postage prepaid, addressed as follows:

Office of the U.S. Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA  15222

Edward James Dugan, Jr.
Wendy Sue Dugan
3801 41st Avenue
New Brighton, PA  15066

Daniel P. Foster, Esquire
1210 Park Avenue
Meadville, PA  16335

Mark Cronin, Esquire
325-41 Chestnut Street, Suite 725
Philadelphia, PA  19106

/s/Rosa M. Richard
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com