**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 23-22611-JAD |
| | : | |
| Edward  James Dugan, Jr. AND | : | Chapter 13 |
| Wendy Sue Dugan, | : | |
| Debtors, | : | |
| | : | Related to Docket No: 82 |
| Edward James Dugan, Jr., | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order Employing Special Counsel by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>May 15, 2026</u>

By: */s/ Caitlyn Campbell*
Caitlyn Campbell, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Label Matrix for local noticing
0315-2
Case 23-22611-JAD
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri May 15 09:08:27 EDT 2026

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

Ford Motor Credit Company LLC, c/o AIS Portf
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ford Motor Credit Company, LLC, c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Pinnacle Credit Services, LLC its successors
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

First Commonwealth Bank
Attn: Legal Department
601 Philadelphia St
Indiana, PA 15701-3952

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117-5524

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(p)LENDMARK FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
2118 USHER ST
COVINGTON GA 30014-2434

Lincoln Automotive Fin
Attn: Bankrutcy
Po Box 54200
Omaha, NE 68154-8000

Mrc/united Wholesale M
Attn: Bankruptcy
P. O. Box 619098
Dallas, TX 75261-9098

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Springlf Fin
601 NW 2nd St
Evansville, Indiana 47708-1013

Synchrony Bank/Care Credit
PO Box 71725
Philadelphia, PA 19176-1725

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

The Huntington Natl Ba
Huntington Bank
Columbus, OH 43216

Wells Fargo
PO Box 29482
Phoenix, AZ 85038-9482

Wells Fargo Bank, National Association, at.
c/o Nationstar Mortgage LLC
Attn: Bankruptcy Department
P.O. Box 619094
Dallas, TX 75261-9094

West Aircomm Fcu
485 Buffalo St
Beaver, PA 15009-2058

West Aircomm Fcu
P.o. Box 568
Beaver, PA 15009-0568

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110

Edward James Dugan Jr
3801 41st Avenue
New Brighton, PA 15066-2833

John David Perkosky
Ogg, Cordes, Murphy & Ignelzi, LLP
245 Fort Pitt Boulevard
Pittsburgh, PA 15222-1511

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Wendy Sue Dugan
3801 41st Avenue
New Brighton, PA 15066-2833

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit Company, LLC
Dept 55953 P.O. Box 55000
Detroit, MI  48255

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Lendmark Financial Services
Attn: Bankruptcy
1735 North Brown Rd, Ste 300
Lawrenceville, OH 30043

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ford Motor Credit Company, LLC

(d)Ford Motor Credit Company, LLC c/o AIS Por
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(u)Rocket Mortgage, LLC s/b/m to Nationstar M

(u)Wells Fargo Bank, National Association, as

(u)West-Aircomm Federal Credit Union

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

(d)LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

End of Label Matrix
Mailable recipients    28
Bypassed recipients     7
Total                  35