# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 23-22611-JAD |
| | : | |
| Edward James Dugan, Jr. AND | : | Chapter 13 |
| Wendy Sue Dugan, | : | |
| Debtors, | : | |
| _____ | : | Related to Docket No: 71 |
| Edward James Dugan, Jr., | : | |
| Movant, | : | |
| | : | |
| vs. | : | **DEFAULT O/E JAD** |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |
| _____ | : | |

## ORDER EMPLOYING SPECIAL COUNSEL

*AND NOW,* this _____14th_____ day of __May_____ *2026*, upon consideration of the *Application to Employ Special Counsel* it is *ORDERED, ADJUDGED and DECREED* as follows:

(1)     *John Perkosky, Esquire, of Ogg, Murphy & Perkosky, P.C.* is hereby appointed, as of the date of filing the *Motion*, as *Special Counsel* for the Estate/Debtor pursuant to the terms of one hundred percent (100%) of the costs and other expenses plus Thirty-Three and One-Third percent (33 1/3%) of the gross recovery, if the claim is settled without litigation or one hundred percent (100%) of the costs and other expenses plus forty percent (40%) of the gross recovery if litigation is required as described in the Fee Agreement attached to the above referenced *Motion* for the limited purpose of acting as attorney in connection with the interest of the Estate/Debtor in prosecuting a claim against _____n/a_____ giving rise to the Debtor's claim for a Civil Settlement as referenced to in the foregoing *Motion*, **PROVIDED HOWEVER**, no settlement of any claim is to occur without prior Court Order after notice and hearing.

(2)     Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including:  the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(3)     Approval of any motion for appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms and is not a preapproval of compensation pursuant to *11 U.S.C. §328(a)*.  Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.  *Any retainer paid to the Special Counsel is unaffected by this Order and remains property of the Estate until further order of Court.*

(4)    Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and Special Counsel, this *Order* does not authorize Special Counsel to retain or pay any outside counsel or other professional to assist Special Counsel in this matter unless such is done at no expense to Movant, directly or indirectly.  Any other retention of and payment to an outside counsel or other professional is subject to prior approval of the Court.

(5)    ***Movant shall serve the within Order on all interested parties and file a certificate of service.***

5/14/2026

Jeffery A. Deller, Judge
United States Bankruptcy Court

FILED
5/14/26 1:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                     Case No. 23-22611-JAD

Edward James Dugan, Jr                                                   Chapter 13

Wendy Sue Dugan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                                          Page 1 of 2

Date Rcvd: May 15, 2026              Form ID: pdf900                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                   regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2026:**

**Recip ID              Recipient Name and Address**
sp                   +  John David Perkosky, Ogg, Cordes, Murphy & Ignelzi, LLP, 245 Fort Pitt Boulevard, Pittsburgh, PA 15222-1511

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2026                       Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

**Name                          Email Address**

Brent J. Lemon
                              on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
                              lemondropper75@hotmail.com;agilbert@bernsteinlaw.com

Daniel P. Foster
                              on behalf of Plaintiff Wendy Sue Dugan dan@mrdebtbuster.com
                              katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
                              on behalf of Debtor Edward James Dugan  Jr dan@mrdebtbuster.com,
                              katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
                              on behalf of Plaintiff Edward James Dugan  Jr dan@mrdebtbuster.com,
                              katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: May 15, 2026                       Form ID: pdf900                          Total Noticed: 1

on behalf of Joint Debtor Wendy Sue Dugan dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Garry Alan Masterson
on behalf of Creditor West-Aircomm Federal Credit Union pitecf@weltman.com  gmasterson@weltman.com

Mark A. Cronin
on behalf of Creditor Rocket Mortgage  LLC s/b/m to Nationstar Mortgage LLC as servicer for Wells Fargo Bank, National
Association philalaw@aol.com, mccallaecf@ecf.courtdrive.com

Matthew Fissel
on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Banc of America Alternative Loan Trust 2006-7
Mortgage Pass-Through Certificates, Series 2006-7 bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Michael H Kaliner
on behalf of Creditor Ford Motor Credit Company  LLC mkaliner@lasp.org

Michael H Kaliner
on behalf of Defendant Ford Motor Credit Company  LLC, c/o AIS Portfolio Services, LLC mkaliner@lasp.org

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 12