## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
Edward James Dugan, JR,
Wendy Sue Dugan,

_____ Debtor.

Rocket Mortgage, LLC s/b/m to Nationstar
Mortgage LLC as servicer for Wells Fargo
Bank, National Association, as Trustee for
Banc of America Alternative Loan Trust
2006-7 Mortgage Pass-Through Certificates,
Series 2006-7,

Movant,

VS.

Edward James Dugan, JR,
Wendy Sue Dugan,

Respondents,
&
Ronda Winnecour, Chapter 13 Trustee,
Respondent.

Case # 23-22611-JAD

Chapter 13

Related to Docs: 76

Doc. #86

FILED
5/22/26 8:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER

And on this 22nd day of _____May_____ , 2026, it is hereby ORDERED
that the Motion for Relief filed with the Court on April 24, 2026 at docket entry # 76 on
behalf of Rocket Mortgage, LLC s/b/m to Nationstar Mortgage LLC as servicer for Wells
Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan
Trust 2006-7 Mortgage Pass-Through Certificates, Series 2006-7 is hereby
WITHDRAWN.  The hearing scheduled for 5/26/2026 is hereby CANCELLED.

By the Court,

_____sjk_____

Jeffery A. Deller
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 23-22611-JAD

Edward James Dugan, Jr                                                                          Chapter 13

Wendy Sue Dugan
        Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 22, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Edward James Dugan, Jr, Wendy Sue Dugan, 3801 41st Avenue, New Brighton, PA 15066-2833 |
| aty | + Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | |
| | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com lemondropper75@hotmail.com;agilbert@bernsteinlaw.com |
| Daniel P. Foster | |
| | on behalf of Plaintiff Wendy Sue Dugan dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Joint Debtor Wendy Sue Dugan dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Plaintiff Edward James Dugan  Jr dan@mrdebtbuster.com, katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: May 22, 2026                       Form ID: pdf900                          Total Noticed: 2

Daniel P. Foster
                        on behalf of Debtor Edward James Dugan  Jr dan@mrdebtbuster.com,
                        katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
                        on behalf of Creditor Rocket Mortgage  LLC s/b/m to Nationstar Mortgage LLC as servicer for Wells Fargo Bank, National
                        Association denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com

Garry Alan Masterson
                        on behalf of Creditor West-Aircomm Federal Credit Union pitecf@weltman.com  gmasterson@weltman.com

Mark A. Cronin
                        on behalf of Creditor Rocket Mortgage  LLC s/b/m to Nationstar Mortgage LLC as servicer for Wells Fargo Bank, National
                        Association philalaw@aol.com, mccallaecf@ecf.courtdrive.com

Matthew Fissel
                        on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Banc of America Alternative Loan Trust 2006-7
                        Mortgage Pass-Through Certificates, Series 2006-7 bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Michael H Kaliner
                        on behalf of Creditor Ford Motor Credit Company  LLC mkaliner@lasp.org

Michael H Kaliner
                        on behalf of Defendant Ford Motor Credit Company  LLC, c/o AIS Portfolio Services, LLC mkaliner@lasp.org

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 13